**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

WILFREDO VERGARA-PALACIOS,

    Petitioner,

v.                                            Case No.  8:08-cv-2424-T-30EAJ

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER**

    Before the Court is Petitioner's "Motion Objecting to Order Dated January 7th, 2009 and Request that Court Comply with Statutory Rules of §3742." (Dkt. #5)  In the motion now before the Court, Petitioner clearly objects to this Court having treated his prior motion as a habeas petition under 28 U.S.C. §2255.  He further states that his intent was for his motion to be treated only as one under 18 U.S.C. §3742(a) which he contends "provides for the review of an otherwise final sentence imposed by the district court by the court of appeals if said sentence was imposed in violation of the law or as a result of the incorrect application of the guidelines, <u>at any time</u>!"  (Emphasis in original.)

    In light of these clear instructions from the Petitioner, the Court hereby vacates that portion of its January 7, 2009 Order which treated his prior motion as a §2255 petition.  The motion will be dealt with strictly under 18 U.S.C. §3742 which is the statutory provision allowing a direct appeal of a sentencing judgment by this Court.  But, pursuant to Rule

4(b)(1), Federal Rules of Appellate Procedure, a notice of such appeal must be filed in the district court within ten (10) days after the entry of the judgment or order being appealed unless the Government files a notice of appeal. The statute in question does not permit a motion to be filed under this section "at any time." Petitioner does not cite any authority to support his contention that he can file such a motion "at any time."

Therefore, for the reasons set forth herein and in the Order of January 7, 2009, the Court hereby GRANTS Petitioner's motion in part to the extent that it vacates its prior Order treating his motion as a 28 U.S.C. §2255 petition, but DENIES the relief sought in the original motion (Dkt. #1) and the present motion (Dkt. #5).

**DONE** and **ORDERED** in Tampa, Florida on January 21, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-2424.reconsider 5.wpd