UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

WILFREDO VERGARA-PALACIOS,

    Defendant.
_____/

Case No. 8:08-CV-2424-T-30EAJ
Criminal Case No.8:04-CR-475-T-30EAJ

**O R D E R**

Before the Court is Petitioner's "Objection to Order Denying Properly Filed § 3742 Motion" (CV Dkt. 7) in which Petitioner states in pertinent part that he "seeks to have his properly filed § 3742 motion processed by this court in accordance with the rules of § 3742(d) as promptly as possible and the pertinent portions of the record sent to the court of appeals for review." (Id. at pg. 2).

Upon consideration, the Court **ORDERS** that the Clerk of the Court is directed to treat Petitioner's "Objection to Order Denying Properly Filed § 3742 Motion" (CV Dkt. 7) as a Notice of Appeal of the Court's January 21, 2009 Order (CV Dkt. 6).

**DONE** and **ORDERED** in Tampa, Florida on April 3, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Petitioner *pro se*